973 A.2d 408

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Charles PACK, Petitioner.**

**No. 36 MM 2009.**

Supreme Court of Pennsylvania.

May 27, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**